CLOSED, DISCMAG, JURY, PATENT

# U.S. District Court [LIVE]     – 0 7 -CV 4 0 2
## Eastern District of TEXAS LIVE (Marshall)
### CIVIL DOCKET FOR CASE #: 2:06-cv-00369-TJW-CE

Rembrandt Technologies, LP. v. Time Warner Cable Inc.,
Assigned to: Judge T. John Ward
Referred to: Magistrate Judge Charles Everingham
Cause: 35:271 Patent Infringement

Date Filed: 09/13/2006
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Rembrandt Technologies, LP.**     represented by **Max Lalon Tribble, Jr**
Susman Godfrey LLP
1000 Louisiana Street
Ste 5100
Houston, TX 77002-5096
713/651-9366
Fax: 17136546666
Email: mtribble@susmangodfrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brooke Ashley-May Taylor**
Susman Godfrey, LLP - Seattle
1201 Third Avenue
Suite 3800
Seattle, WA 98101
206/516-3880
Fax: 206/516-3883
Email: btaylor@susmangodfrey.com

*ATTORNEY TO BE NOTICED*

**Edgar G Sargent**
Susman Godfrey, LLP - Seattle
1201 Third Avenue
Suite 3800
Seattle, WA 98101
206/516-3804
Fax: 206/516-3883
Email:

esargent@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Matthew R Berry**
Susman Godfrey, LLP - Seattle
1201 Third Avenue
Suite 3800
Seattle, WA 98101
206/373-7394
Fax: 206/516-3883
Email: mberry@susmangodfrey.com

*ATTORNEY TO BE NOTICED*

**Tibor L. Nagy**
Susman Godfrey - Houston
1000 Louisiana Street
Ste 5100
Houston, TX 77002-5096
713/653-7850
Fax: 713/654-6102
Email: tnagy@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Time Warner Cable Inc.,**          represented by **Allen Franklin Gardner**
Potter Minton PC
110 N College
Suite 500
PO Box 359
Tyler, TX 75710-0359
903/597-8311
Email:
allengardner@potterminton.com
*ATTORNEY TO BE NOTICED*

**Daniel Reisner**
Kaye Scholer - New York
425 Park Avenue
New York, NY 10022
212/836-8132
Fax: 212/836-6432
Email: dreisner@kayescholer.com

*ATTORNEY TO BE NOTICED*

**David S Benyacar**
Kaye Scholer - New York
425 Park Avenue
New York, NY 10022
212/836-8000
Fax: 212/836-8689
Email: dbenyacar@kayescholer.com

*ATTORNEY TO BE NOTICED*

**Diane DeVasto**
Potter Minton
110 N. College Street, Suite 500
Tyler, Tx 75702
US
903-597-8311
Fax: 903-593-0846
Email: dianedevasto@potterminton.com
*ATTORNEY TO BE NOTICED*

**Michael Edwin Jones**
Potter Minton PC
110 N College
Suite 500
PO Box 359
Tyler, TX 75710-0359
903/597/8311
Fax: 9035930846
Email: mikejones@potterminton.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Coxcom, Inc.,**

**Counter Claimant**

**Time Warner Cable Inc.,** represented by **Daniel Reisner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David S Benyacar**
(See above for address)

|  |  |
|---|---|
|  | *ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

**Rembrandt Technologies, LP.**

**Counter Claimant**

| **Time Warner Cable LLC** | represented by | **Allen Franklin Gardner** (See above for address) *ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Daniel Reisner** (See above for address) *ATTORNEY TO BE NOTICED* |
|  |  | **David S Benyacar** (See above for address) *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| **Time Warner Entertainment Company LP** | represented by | **Allen Franklin Gardner** (See above for address) *ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Daniel Reisner** (See above for address) *ATTORNEY TO BE NOTICED* |
|  |  | **David S Benyacar** (See above for address) *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| **Time Warner Entertainment-Advance/Newhouse Partnership** | represented by | **Allen Franklin Gardner** (See above for address) *ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Daniel Reisner** (See above for address) *ATTORNEY TO BE NOTICED* |
|  |  | **David S Benyacar** (See above for address) *ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Counter Claimant** | | |
| **Time Warner New York Cable LLC** | represented by | **Allen Franklin Gardner**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Daniel Reisner**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **David S Benyacar**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Counter Claimant** | | |
| **Time Warner Cable Inc.,** | represented by | **Daniel Reisner**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **David S Benyacar**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

**Rembrandt Technologies, LP.**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/13/2006 | 1 | ORIGINAL COMPLAINT WITH JURY TRIAL REQUESTED against Time Warner Cable Inc., (Filing fee $ 350.) , filed by Rembrandt Technologies, LP.. (Attachments: # 1 Exhibit A - E# 2 Civil Cover Sheet)(ch, ) (Entered: 09/13/2006) |
| 09/13/2006 | | Summons Issued as to Time Warner Cable Inc.,. (ch, ) (Entered: 09/13/2006) |
| 09/13/2006 | 2 | Form mailed to Commissioner of Patents and Trademarks. (ch, ) (Entered: 09/13/2006) |
| 09/13/2006 | | Filing fee: $ 350.00, receipt number 2-1-1857 (ch, ) (Entered: 09/14/2006) |
| 09/20/2006 | 3 | NOTICE of Attorney Appearance by Brooke Ashley-May Taylor on behalf of Rembrandt Technologies, LP. (Taylor, Brooke) (Entered: 09/20/2006) |

| | | |
|---|---|---|
| 09/22/2006 | 4 | APPLICATION to Appear Pro Hac Vice by Attorney Edgar G Sargent for Rembrandt Technologies, LP.. (ch, ) (Entered: 09/25/2006) |
| 09/22/2006 | | Pro Hac Vice Filing fee paid by Sargent; Fee: $25, receipt number: 2-1-1903 (ch, ) (Entered: 09/25/2006) |
| 09/25/2006 | 5 | E-GOV SEALED SUMMONS Returned Executed by Rembrandt Technologies, LP.. Time Warner Cable Inc., served on 9/18/2006, answer due 10/10/2006. (ehs, ) (Entered: 09/26/2006) |
| 09/27/2006 | 6 | NOTICE of Attorney Appearance by Edgar G Sargent on behalf of Rembrandt Technologies, LP. (Sargent, Edgar) (Entered: 09/27/2006) |
| 09/29/2006 | 7 | MOTION for Extension of Time to File Answer re 1 Complaint *or Otherwise Respond (Unopposed)* by Time Warner Cable Inc.,. (Attachments: # 1 Text of Proposed Order)(DeVasto, Diane) (Entered: 09/29/2006) |
| 10/04/2006 | 8 | ORDER granting 7 Motion for Extension of Time to Answer. Deadline extended to 11/9/06 . Signed by Judge T. John Ward on 10/3/06. (ehs, ) (Entered: 10/04/2006) |
| 10/04/2006 | | Answer Due Deadline Updated for Time Warner Cable Inc., to 11/9/2006. (ehs, ) (Entered: 10/04/2006) |
| 10/04/2006 | 9 | NOTICE of Attorney Appearance by Michael Edwin Jones on behalf of Time Warner Cable Inc., (Jones, Michael) (Entered: 10/04/2006) |
| 10/12/2006 | 10 | ***FILED IN ERROR. SEE CORRECTED DOCUMENT #11***<br><br>MOTION for Leave to Appear by Rembrandt Technologies, LP.. (Nagy, Tibor) Modified on 10/12/2006 (ch, ). (Entered: 10/12/2006) |
| 10/12/2006 | 11 | ***REPLACES DOCUMENT #10 WHICH WAS FILED IN ERROR***<br><br>NOTICE of Attorney Appearance by Tibor L. Nagy on behalf of Rembrandt Technologies, LP. (Nagy, Tibor) Modified on 10/12/2006 (ch, ). (Entered: 10/12/2006) |
| 11/09/2006 | 12 | ANSWER to Complaint, COUNTERCLAIM against Rembrandt Technologies, LP. by Time Warner Cable Inc.,.(DeVasto, Diane) (Entered: 11/09/2006) |
| 11/09/2006 | 13 | CORPORATE DISCLOSURE STATEMENT filed by Time Warner Cable Inc., identifying Adelphia Communications Corporation as Corporate Parent. (DeVasto, Diane) (Entered: 11/09/2006) |

| | | |
|---|---|---|
| 11/10/2006 | 14 | NOTICE of Attorney Appearance by Matthew R. Berry on behalf of Rembrandt Technologies, LP. (Berry, Matthew) (Entered: 11/10/2006) |
| 11/21/2006 | 15 | *Plaintiff's Reply to Defendant's* ANSWER to Counterclaim by Rembrandt Technologies, LP..(Tribble, Max) (Entered: 11/21/2006) |
| 02/23/2007 | 16 | MOTION for Leave to File *Amended Complaint* by Rembrandt Technologies, LP.. (Taylor, Brooke) (Entered: 02/23/2007) |
| 02/23/2007 | 17 | Additional Attachments *Text of Proposed Order* to Main Document: 16 MOTION for Leave to File *Amended Complaint*.. (Taylor, Brooke) Modified on 2/26/2007 (mpv, ). Modified on 2/26/2007 (mpv, ). (Entered: 02/23/2007) |
| 02/23/2007 | 18 | Additional Attachments to Main Document: 16 MOTION for Leave to File *Amended Complaint; Text of Amended Complaint*.. (Taylor, Brooke) Modified on 2/26/2007 (mpv, ). (Entered: 02/23/2007) |
| 02/23/2007 | 19 | Additional Attachments to Main Document:16 MOTION for Leave to File *Amended Complaint; Exhibits A-E to Amended Complaint*.. (Attachments: # 1 Exhibit B to complaint# 2 Exhibit C to complaint# 3 Exhibit D to complaint# 4 Exhibit E to complaint)(Taylor, Brooke) Modified on 2/26/2007 (mpv, ). (Entered: 02/23/2007) |
| 02/23/2007 | 20 | Additional Attachments to Main Document: 16 MOTION for Leave to File *Amended Complaint; Declaration of Brooke Taylor w/Exhibits 1-4*.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Taylor, Brooke) Modified on 2/26/2007 (mpv, ). (Entered: 02/23/2007) |
| 03/08/2007 | 21 | NOTICE of Hearing: Scheduling Conference set for 4/3/2007 at 2:30 PM in Ctrm 106 (Marshall) before Judge T. John Ward. (shd, ) (Entered: 03/08/2007) |
| 03/09/2007 | 22 | NOTICE by Coxcom, Inc., *of Filing Motion for Transfer and Consolidation of Rembrandt Technologies, LP Patent Litigation Pursuant to 28 U.S.C. 1407* (Attachments: # 1 MDL Motion for Transfer and Consolidation# 2 Motion Ex.A# 3 Motion Ex. B# 4 MDL Memorandum# 5 MDL Exhibit List# 6 MDL Notice of Appearance# 7 MDL Corporate Disclosure# 8 MDL Certificate of Service)(Stockwell, Mitchell) (Entered: 03/09/2007) |
| 03/09/2007 | 23 | Additional Attachments to Main Document: 22 Notice (Other), Notice (Other).. (Attachments: # 1 MDL Ex. 1# 2 MDL Ex. 2# 3 MDL Ex. 3# 4 MDL Ex. 4# 5 MDL Ex. 5# 6 MDL Ex. 6# 7 MDL Ex. 7# 8 MDL Ex. 8# 9 MDL Ex. 9# 10 MDL Ex. 10# 11 MDL Ex. 10# 12 MDL Ex. 12# 13 MDL Ex. 13# 14 MDL Ex. 14# 15 MDL Ex. 15# 16 MDL Ex. 16# 17 MDL Ex. 17# 18 MDL Ex. 18# 19 |

| | | |
|---|---|---|
| | | MDL Ex. 19# 20 MDL Ex. 20# 21 MDL Ex. 21# 22 MDL Ex. 22# 23 MDL Ex. 23# 24 MDL Ex. 24# 25 MDL Ex. 25# 26 MDL Ex. 26# 27 MDL Ex. 27# 28 MDL Ex. 28# 29 MDL Ex. 29# 30 # 31 MDL Ex. 31# 32 MDL Ex. 32# 33 MDL Ex. 33# 34 MDL Ex. 34# 35 MDL Ex. 35# 36 MDL Ex. 36# 37 MDL Ex. 37# 38 MDL Ex. 38# 39 MDL Ex. 39# 40 MDL Ex. 40# 41 MDL Ex. 41# 42 MDL Ex. 42# 43 MDL Ex. 43)(Stockwell, Mitchell) (Entered: 03/09/2007) |
| 03/14/2007 | 24 | NOTICE of scheduling conference, proposed deadlines for docket control order and discovery order. Scheduling Conference set for 4/3/2007 02:30 PM before Judge T. John Ward in Marshall, Tx (djh, ) (Entered: 03/14/2007) |
| 03/14/2007 | 25 | NOTICE by Time Warner Cable Inc., re 16 MOTION for Leave to File *Amended Complaint (Non-Opposition)* (DeVasto, Diane) (Entered: 03/14/2007) |
| 03/29/2007 | 26 | NOTICE by Time Warner Cable Inc., *of Developments in Related Cases* (Attachments: # 1 Order Staying Civil Actions)(Jones, Michael) (Entered: 03/29/2007) |
| 03/30/2007 | 27 | NOTICE by Rembrandt Technologies, LP., Time Warner Cable Inc., *Joint Notice of Conference Regarding Proposed Discovery Order and Docket Control Order* (Attachments: # 1 Discovery Order and Docket Control Order)(DeVasto, Diane) (Entered: 03/30/2007) |
| 04/02/2007 | 28 | ORDER REFERRING CASE to Magistrate Judge Charles Everingham to conduct pre-trial proceedings pursuant to 28 USC 636. Signed by Judge T. John Ward on 4/2/07. (djh, ) (Entered: 04/03/2007) |
| 04/05/2007 | 29 | NOTICE by Rembrandt Technologies, LP. re 23 Additional Attachments to Main Document,,,, 22 Notice (Other), Notice (Other) *Notice of Filing Opposition to CoxComs Motion for Transfer and Consolidation* (Attachments: # 1 Exhibit Rembrants Brief in Opposition to CoxComs Motion for Transfer and Consolidation# 2 Exhibit Exhibit List# 3 Exhibit Opposition Brief Exh 1# 4 Exhibit Opposition Brief Exh 2# 5 Exhibit Opposition Brief Exh 3# 6 Exhibit Opposition Brief Exh 4# 7 Exhibit Opposition Brief Exh 5# 8 Exhibit Opposition Brief Exh 6# 9 Exhibit Opposition Brief Exh 7# 10 Exhibit Opposition Brief Exh 8# 11 Exhibit Opposition Brief Exh 9# 12 Exhibit Opposition Brief Exh 10# 13 Exhibit Opposition Brief Exh 11# 14 Exhibit Opposition Brief Exh 12# 15 Exhibit Opposition Brief Exh 13# 16 Exhibit Response to CoxComs Motion for Transfer and Consolidation# 17 Exhibit Reasons Why Oral Argument Should Be Heard# 18 Exhibit Proof of Service)(Taylor, Brooke) (Entered: 04/05/2007) |
| | | |

| | | |
|---|---|---|
| 04/10/2007 | 30 | NOTICE of Attorney Appearance by Allen Franklin Gardner on behalf of Time Warner Cable Inc., (Gardner, Allen) (Entered: 04/10/2007) |
| 04/18/2007 | 31 | NOTICE by Time Warner Cable Inc.,, Coxcom, Inc., *Notice of Development* (Attachments: # 1 Notice of Development)(Gardner, Allen) (Entered: 04/18/2007) |
| 04/19/2007 | 32 | ORDER - REGARDING THE PROTECTIVE ORDER AND DOCUMENT PRODUCTION. Signed by Judge Charles Everingham on 4/19/07. (ch, ) (Entered: 04/19/2007) |
| 04/19/2007 | 33 | DOCKET CONTROL ORDER Respond to Amended Pleadings 11/30/07. Amended Pleadings due by 11/16/2007. Discovery due by 5/14/2008. Joinder of Parties due by 5/3/2007. Claims Construction Hearing set for 2/13/2008 - 2/14/08 9:00 AM before Judge T. John Ward. Motions in limine due by 7/21/2008. Proposed Pretrial Order due by 7/21/2008. Jury Selection set for 8/4/2008 9:00AM before Judge T. John Ward. Pretrial Conference set for 7/24/2008 9:30 AM before Judge T. John Ward. Privilege Logs to be exchanged by parties 6/4/07. All other deadlines are set forth herein. Signed by Judge Charles Everingham on 4/19/07. (ch, ) (Entered: 04/19/2007) |
| 04/24/2007 | 34 | NOTICE by Rembrandt Technologies, LP. *Of Proposed Protective Order* (Attachments: # 1 Text of Proposed Order Protective Order)(Taylor, Brooke) CORRECTED PROPOSED PROTECTIVE ORDER added on 4/25/2007 (mpv, ). Modified on 4/25/2007 (mpv, ). (Entered: 04/24/2007) |
| 04/24/2007 | 35 | NOTICE by Rembrandt Technologies, LP. *Re Electronic Production* (Taylor, Brooke) (Entered: 04/24/2007) |
| 04/25/2007 | | NOTICE re 34 Notice (Other) CORRECTED PROPOSED PROTECTIVE ORDER NOW ATTACHED BY CLERK (mpv, ) (Entered: 04/25/2007) |
| 04/25/2007 | 36 | ORDER granting 16 Motion for Leave to Amend to add additional entities to the instant action. Signed by Judge Charles Everingham on 4/25/07. (ch, ) (Entered: 04/25/2007) |
| 04/26/2007 | 37 | AMENDED COMPLAINT *First Amended Complaint* against Time Warner Cable Inc.,, filed by Rembrandt Technologies, LP.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Taylor, Brooke) (Entered: 04/26/2007) |
| 04/30/2007 | 38 | Minute Entry for proceedings held before Judge Charles Everingham : Scheduling Conference held on 4/30/2007. (Court Reporter Debbie Latham.)(delat, ) (Entered: 04/30/2007) |
| | | |

| 05/03/2007 | | TRANSCRIPT of Proceedings held on 4/3/07 before Judge Chad Everingham. Court Reporter: Transcriber/Susan Simmons. (lss) (Entered: 05/03/2007) |
|---|---|---|
| 05/03/2007 | 40 | NOTICE by Time Warner Cable Inc., *of Initial Disclosures* (Gardner, Allen) (Entered: 05/03/2007) |
| 05/04/2007 | 41 | PROTECTIVE ORDER. Signed by Judge Charles Everingham on 5/4/07. (ehs, ) (Entered: 05/04/2007) |
| 05/07/2007 | 42 | NOTICE of Disclosure by Rembrandt Technologies, LP. (Berry, Matthew) (Entered: 05/07/2007) |
| 05/11/2007 | 43 | **PLEASE IGNORE - ATTY WILL REFILE*** Consent MOTION for Extension of Time to File Answer re 37 Amended Complaint by Time Warner Cable Inc.,. (Attachments: # 1 Text of Proposed Order) (Gardner, Allen) Modified on 5/11/2007 (rml, ). (Entered: 05/11/2007) |
| 05/11/2007 | | ***FILED IN ERROR. Document # 43, Consent Motion. PLEASE IGNORE.*** <br><br>(rml, ) (Entered: 05/11/2007) |
| 05/11/2007 | 44 | Consent MOTION for Extension of Time to File Answer re 37 Amended Complaint *(Replaces Dkt. 43)* by Time Warner Cable Inc.,. (Attachments: # 1 Text of Proposed Order)(Gardner, Allen) (Entered: 05/11/2007) |
| 05/15/2007 | 45 | ORDER granting 44 Motion for Extension of Time to Answer. Answer deadline extended to 5/16/07 for deft Time Warner Cable Inc . Signed by Judge Charles Everingham on 5/15/07. (ehs, ) (Entered: 05/15/2007) |
| 05/15/2007 | | Answer Due Deadline Updated for Time Warner Cable Inc., to 5/16/2007; Time Warner Cable Inc., to 5/16/2007. (ehs, ) (Entered: 05/15/2007) |
| 05/16/2007 | 46 | *TWC's* ANSWER to Amended Complaint *and,* COUNTERCLAIM against Rembrandt Technologies, LP. by Time Warner Cable LLC, Time Warner Entertainment Company LP, Time Warner Entertainment-Advance/Newhouse Partnership, Time Warner New York Cable LLC, Time Warner Cable Inc.,.(Gardner, Allen) (Entered: 05/16/2007) |
| 05/16/2007 | 47 | CORPORATE DISCLOSURE STATEMENT filed by Time Warner Cable LLC, Time Warner Entertainment Company LP, Time Warner Entertainment-Advance/Newhouse Partnership, Time Warner New York Cable LLC, Time Warner Cable Inc., identifying Time Warner |

| | | |
|---|---|---|
| | • | Cable Inc. and Time Warner Inc. as Corporate Parent. (Gardner, Allen) (Entered: 05/16/2007) |
| 05/23/2007 | 48 | *Plaintiffs Reply to Counterclaims in TWC's Answer To Rembrandt's First Amended Complaint* ANSWER to Counterclaim by Rembrandt Technologies, LP..(Tribble, Max) (Entered: 05/23/2007) |
| 05/23/2007 | 49 | NOTICE of Disclosure by Rembrandt Technologies, LP. (Taylor, Brooke) (Entered: 05/23/2007) |
| 06/04/2007 | 50 | Joint MOTION to Amend/Correct *Docket Control Order* by Rembrandt Technologies, LP.. (Attachments: # 1 Text of Proposed Order Order Granting Motion to Amend)(Taylor, Brooke) (Entered: 06/04/2007) |
| 06/06/2007 | 51 | ORDER granting 50 Motion to Amend/Correct. Docket Control Order is amended to move date to exchange privilege logs to 7/10/07. Signed by Judge Charles Everingham on 6/5/07. (ch, ) (Entered: 06/06/2007) |
| 06/12/2007 | 52 | NOTICE of Disclosure by Rembrandt Technologies, LP. *Regarding Compliance with Paragraph 3(b) of the Discovery Order* (Berry, Matthew) (Entered: 06/12/2007) |
| 06/14/2007 | 53 | NOTICE of Disclosure by Time Warner Cable LLC, Time Warner Entertainment Company LP, Time Warner Entertainment-Advance/Newhouse Partnership, Time Warner New York Cable LLC, Time Warner Cable Inc., (Attachments: # 1 Exhibit A) (Gardner, Allen) (Entered: 06/14/2007) |
| 06/15/2007 | 54 | APPLICATION to Appear Pro Hac Vice by Attorney Daniel Reisner for Time Warner Cable LLC and Time Warner Entertainment Company LP.(FEE PAID) 6-1-10082 (ehs, ) (Entered: 06/15/2007) |
| 06/19/2007 | 55 | APPLICATION to Appear Pro Hac Vice by Attorney David S Benyacar for Time Warner Cable LLC and Time Warner Entertainment Company LP.(Fee Paid) 6-1-0010111 (ch, ) (Entered: 06/19/2007) |
| 06/21/2007 | 56 | NOTICE by Time Warner Cable Inc., *of Multi-District Litigation Developments Pursuant to Local Rule CV-42* (Attachments: # 1 Exhibit A)(Gardner, Allen) (Entered: 06/21/2007) |
| 06/25/2007 | 57 | Interdistrict transfer to the District of Delaware, Wilmington, DE. Purusant to letter Elizabeth Dinan was notified. Certified copy of Docket Sheet, Complaint, Transfer Order and letter were mailed to the Federal Blding, Lockbox 18, 844 N. King Street, Wilmington, DE (ch, ) Additional attachment(s) added on 6/28/2007 (ch, ). Modified on 6/28/2007 (ch, ). (Entered: 06/27/2007) |