OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>**CLERK** | LOCKBOX 18<br>844 NORTH KING STREET<br>BOGGS FEDERAL BUILDING<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

July 6, 2007

TO:   Counsel of Record (See attached)

RE:   <u>IN RE REMBRANDT TECHNOLOGIES, LP., MDL 07-1848 GMS</u>

Dear Counsel:

This is to advise you that a certified copy of the Multi-District Conditional Transfer Order was docketed in this court on 7/6/07.

The following action has been transferred to the District of Delaware:

Rembrandt Technologies, LP v. Time Warner Cable, Inc., C.A. No. 2:06-369
USDC Delaware's civil action number 07-402 GMS

The name and address of the Judge to whom this case has been assigned in this court is:

The Honorable Gregory M. Sleet
United States District Chief Judge
District of Delaware
844 King St., Lockbox 19
Wilmington, DE 19801

Attorneys of record in Multi-District Litigation (MDL) cases, who are <u>not</u> members of the bar of this Court, will register for ECF on a case-by-case basis. Enclosed with this letter is a Registration Form. An original signed registration form should be submitted to the Clerk's Office to request an ECF account. After verification, a user ID and password will be provided. Registration will be valid for electronic filing and noticing in this case only.

Additionally, a copy of the District of Delaware's Local Rules is available on our website at: www.ded.uscourts.gov.

Any questions concerning the case management of this case should be directed to:

Marie McDavid
Case Manager to Judge Gregory M. Sleet
(302) 573-6651

Thank you.

Sincerely,
PETER T. DALLEO, CLERK


__/s/_____
Elizabeth Strickler
Deputy Clerk

cc:    Honorable Judge Gregory M. Sleet
       Counsel on Attached Mailing List for 07-402 GMS

# Mailing Information for a Case 1:07-cv-00402-GMS

## 1. Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steven J. Balick**
  sbalick@ashby-geddes.com,tlydon@ashby-geddes.com,lmaguire@ashby-geddes.com,rgamory@ashby-geddes.com,nlopez@ashby-geddes.com,mkipp@ashby-geddes.com,jday@ashby-geddes.com,dfioravanti@ashby-geddes.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
David S. Benyacar
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
```

# Mailing Information for a Case 1:07-md-01848-GMS

1. **Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

**Kevin M. Baird**
kbaird@wcsr.com,klytle@wcsr.com

**Steven J. Balick**
sbalick@ashby-geddes.com,tlydon@ashby-geddes.com,lmaguire@ashby-geddes.com,rgamory@ashby-geddes.com,nlopez@ashby-geddes.com,mkipp@ashby-geddes.com,jday@ashby-geddes.com,dfioravanti@ashby-geddes.com

**Jack B. Blumenfeld**
jbbefiling@mnat.com

**Richard H. Brown**
rbrown@daypitney.com

**Frederick L. Cottrell , III**
cottrell@rlf.com,garvey@rlf.com

**Richard L. Horwitz**
rhorwitz@potteranderson.com,nmcmenamin@potteranderson.com,iplitigation2@potteranderson.com,iplitigation@potteranderson.com,mbaker@potteranderson.com

**Josh A. Krevitt**
jkrevitt@gibsondunn.com

**Karen Jacobs Louden**
kjlefiling@mnat.com

**William W. Oxley**
woxley@orrick.com

**Jeremy S. Pitcock**
jpitcock@kasowitz.com

**Edward R. Reines**
edward.reines@weil.com

**Rodger Dallery Smith , II**
rdsefiling@mnat.com

**Mitchell G. Stockwell**
mstockwell@kilpatrickstockton.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**David S. Benyacar**
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

**Robert W. Faulkner**
8401 North Central Expressway
Dallas, TX 75225

**Jeffery N. Luthi**
Clerk, MDL Judicial Panel
One Columbus Circle, N.E.
Room G-255, Federal Judiciary Bldg
Washington, DC 20002-8004

**Bradford P. Lyerla**
Marshall Gerstein & Borun LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606

**Brooke A.M. Taylor**
Susman Godfrey LLP
1201 Third Avenue
Suite 3800
Seattle, WA 98101

**Steven K. Taylor**
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111



**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
ELECTRONIC FILING REGISTRATION FORM**

*FOR ATTORNEYS IN MULTI-DISTRICT LITIGATION (MDL) CASES
WHO ARE NOT ADMITTED TO THE BAR OF THIS COURT*

Instructions:  An attorney of record in a case transferred to Delaware (that is part of a Multi-District Litigation (MDL) action), who is NOT a member of the bar of this Court, may register for ECF on a case-by–case basis.  Please submit an original signed registration form to the Clerk's Office to request an ECF account.  Once issued, a user ID and password will be valid for electronic filing and noticing in this MDL and below noted Dist. of DE case(s) only:

**(Please Print or Type all information)**

MDL CAPTION:                                                      DIST. OF DE
IN RE: _____           MDL CA #_____

PARTY(IES)
RESPRESENTED:_____

_____

DELAWARE CASE(S) CA #_____

_____

Internet E-Mail Address:_____  (Print clearly)

Last Name:_____ Generation: (e.g., Jr., Sr.) _____

First Name:_____ Middle Initial:_____

Firm's Name: _____

Address:_____

City: _____ State: _____ Zip Code: _____

Phone No.: _____  Do you have a PACER Account (required)?   ❏ Yes  ❏ No

By submitting this form, I hereby agree to abide by all District of Delaware rules, orders, policies and procedures governing the use of ECF.  I have independently reviewed both the ECF User's Manual and Civil Tutorial on the Court's web site. I consent to receive service of documents and notice of filings by electronic means via ECF in the circumstances permitted under those guidelines.  I understand that the combination of user ID and password will serve as the signature of the attorney filing the document.  I agree to protect the security of my password and immediately notify the Clerk of Court if I suspect that my password has been compromised.  Also, as a participating attorney, I will promptly notify the Clerk's Office if there is a change in my personal data, such as name, e-mail address, firm address, phone number, etc.  I further understand that my user ID and password are valid for this MDL action only.

_____   _____
                     Signature                                                            Date

| Submit completed registration form to: | **COURT USE ONLY**:    (ECF MDL Atty. Reg. Form - Rev. 2/06) |
|---|---|
| Clerk<br>U.S. District Court for the District of Delaware<br>ATTN: ECF Registration<br>Room 4209, Lockbox 18<br>844 N. King Street<br>Wilmington, DE 19801<br><br>(302) 573-6170  Web site: www.ded.uscourts.gov | DATE REGISTRATION FORM RECEIVED: _____<br><br>USER ID: _____ PASSWORD:_____<br><br>DATE ISSUED: _____ BY:_____<br><br>E-MAIL NOTICE SENT: _____ BY:_____ |